United States District Court
Southern District of Texas
**ENTERED**
May 10, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Brittany Butler, <br><br> Plaintiff, <br><br> vs. <br><br> Account Resolution Services, LLC., <br><br> Defendant. | Case No.:  4:21-cv-02989 |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having reviewed the parties' *Stipulation to Dismiss Defendant Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services With Prejudice*, finds that for good cause shown the following Orders should be entered:

The Court ORDERS that all claims and causes of action asserted by Plaintiff, Brittany Butler, against Defendant, Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services,[1] be, and are hereby, DISMISSED WITH PREJUDICE. All costs of court and attorneys' fees shall be borne by the party incurring same.

The Court further ORDERS that, as a result of this Order of Dismissal With Prejudice, this lawsuit is fully and finally concluded and terminated.

The Court So Orders.

SIGNED at Houston, Texas, this 10th day of May, 2022.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Defendant has represented that it has been incorrectly named in this lawsuit as Account Resolution Services, LLC.

1